UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                      17-MJ-01005-DLC

SONGJIANG WANG

ASSENTED TO MOTION TO CONTINUE

Songjiang Wang, by his attorney, moves that the hearing now scheduled for February 27, 2017 be continued to March 22, 2017 or thereafter.

Undersigned counsel entered his appearance on February 20, has conferred with AUSA Walters about the likely course of proceedings and the parties will file an extension of time; further, counsel will require additional time to be properly prepared in the event of any future probable cause hearing.

This motion is assented to by AUSA Sarah Walters.

SONGJIANG WANG
By his attorney,

*Elliot M. Weinstein*

Elliot M. Weinstein
BBO# 520400
83 Atlantic Avenue
Boston, MA  02110
617-367-9334

CERTIFICATE OF SERVICE

I certify that a copy of the above has been served via ECF system.

*Elliot M. Weinstein*